## TIMOTHY RYAN *vs.* N. F. H. KRANZ and others.

### January 10, 1879.

**Order for Judgment is not Appealable.**—In this case the court below finds
as conclusions of law, "that the plaintiff is not entitled to recover,
and that the defendant is entitled to judgment against the plaintiff for
his costs and disbursements," adding the words: "Let judgment be
entered accordingly." *Held,* that these words are not an order involv-
ing the merits, or any part thereof, but a mere direction that an act be
done which does involve the merits, to wit, that judgment be entered.
Such direction is not appealable.

*A. R. Capehart,* for appellant.

*Clagett & Searles,* for respondents.

BERRY, J.   This case was tried by the district court with-
out a jury.   As conclusions of law, the court finds "that the
plaintiff is not entitled to recover, and that the defendant is
entitled to judgment against the plaintiff for his costs and
disbursements," adding the words: "Let judgment be entered
accordingly."  This direction is a part of the "decision" of the
court, within the evident meaning of Gen. St. *c.* 66, § 226.
It is not an order involving the merits, or any part thereof,
within the meaning of Gen. St. *c.* 86, § 8, subd. 3, relating
to appeals in civil actions.   It is merely a direction that an
act be done which does involve the merits, to wit, that judg-
ment be entered.   It is, therefore, not appealable. *Von Glahn*
v. *Sommer,* 11 Minn. 132 (203;) *Lamb* v. *McCanna,* 14 Minn.
513; *Searles* v. *Thompson,* 18 Minn. 320.

Appeal dismissed.